

AUSA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8538

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Angel Gerardo ALONZO-VILLAGRANA <br> Defendant. | Magistrate Case No.: <br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 15, 2008, within the Southern District of California, defendant Angel Gerardo ALONZO VILLAGRANA, did knowingly and intentionally import approximately 31.50 kilograms (69.30 pounds) of cocaine, a Schedule II Controlled substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF JUNE, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
   **v.**
**Angel Gerardo ALONZO-VILLAGRANA**

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Christina Gauthreaux.

On June 15, 2008, at approximately 0954 hours, Angel Gerardo ALONZO-Villagrana entered the United States from the Republic of Mexico at the Calexico, CA, West Port of Entry. ALONZO was the driver of a white 2008 Dodge Avenger bearing Baja California Mexico license plate AJA6120.

Primary Customs and Border Protection (CBP) Officer Stensgard received a negative Customs Declaration from ALONZO. ALONZO presented his valid immigration document. CBP Officer Stensgard inquired about the ownership of the vehicle. ALONZO stated that his father bought the car for him. ALONZO also stated he was a student. CBP Officer Stensgard asked ALONZO was studying and he hesitated before answering. CBP Officer Stensgard noticed that ALONZO appeared to be anxious and decided to refer him to the secondary lot for further inspection.

In secondary, the CBP Officer Felix received the vehicle. CBP Officer Felix asked ALONZO routine questions while Canine Enforcement Officer (CEO) Barela utilize his Narcotics Detector Dog (NDD) to screen the vehicle. The NDD alerted to the rocker panel area of the vehicle driven by ALONZO.

CBP Officer Felix also noticed that ALONZO hesitated with his responses to the routine questions. Following the canine alert, ALONZO was escorted into the security office. A thorough physical search of the vehicle revealed packages concealed in non-factory compartments inside the left and right side rocker panels of the vehicle. CBP Officer Felix removed one package. A presumptive field test indicated the contents of

these packages to be cocaine. Twenty-six (26) packages were discovered. The total weight of the packages was approximately 31.50 kilograms (69.30 pounds).