**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Alonzo-Villagrana

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj8538 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ANGEL GERARDO ALONZO -VILLAGRANA,** | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

      Respectfully submitted,

Dated: June 19, 2008       s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Alonzo-Villagrana

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   Case No. 08mj8538
                                   )
12           Plaintiff,             )
                                   )
13 v.                              )   PROOF OF SERVICE
                                   )
14 **ANGEL GERARDO ALONZO**         )
          **-VIILAGRANA,**          )
15                                 )
             Defendant.            )
16                                 )

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20
           Assistant United States Attorney
21         efile.dkt.gc2@usdoj.gov

22

23 Dated: June 19, 2008                  *s/ Michelle Betancourt*
                                          MICHELLE BETANCOURT
24                                        Federal Defenders
                                          225 Broadway, Suite 900
25                                        San Diego, CA 92101-5030
                                          (619) 234-8467 (tel)
26                                        (619) 687-2666 (fax)
                                          e-mail: michelle_betancourt@fd.org
27

28