```
                                            FILED
                                            JUL 1 0 2008
                                         CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       BY  er              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2285-DMS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| ANGEL ALONZO-VILLAGRANA, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about June, within the Southern District of California, defendant ANGEL ALONZO-VILLAGRANA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 31.50 kilograms (69.30 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 10, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
7/9/08