**FILED**
SEP 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 08CR02285-001-DMS |
| v. | O R D E R |
| ANGEL GERARDO ALONZO-VILLAGRANA, | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 10, 2008 is vacated and reset to November 7, 2008 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 9-4-08

_____
Dana M. Sabraw
U.S. District Judge

cc: all counsel of record

/kap